IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JIMY ZELAYA-MENDOZA,<br><br>                  Defendant. | Case No. 26-CR-03075-01-S-BP |

## *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **JIMY ZELAYA-MENDOZA (Inmate # 3001178)**, is currently incarcerated at: **Greene County Jail, 1199 N. Haseltine Rd., Springfield, MO 65802**.

                                        Respectfully submitted,

                                        R. Matthew Price
                                        United States Attorney

            By:     */s/ Casey Clark*
                        Casey Clark
                        Assistant United States Attorney
                        901 St. Louis Street, Suite 500
                        Springfield, Missouri   65806-2511
                        (417) 831-4406